IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PIONEER HI-BRED INTERNATIONAL, INC., CORTEVA AGRISCIENCE, LLC, AGRELIANT GENETICS, LLC, BECK'S SUPERIOR HYBRIDS, INC., and WINFIELD SOLUTIONS, LLC,<br><br>        Plaintiffs,<br><br>  vs.<br><br>ALTEN, LLC, MEAD CATTLE COMPANY, LLC, GREEN DISPOSAL MEAD LLC, PLATTE RIVER GREEN FUELS, LLC, and TANNER SHAW, in his individual and official capacities,<br><br>        Defendants. | 8:22CV70<br><br>**ORDER** |
| SYNGENTA SEEDS, LLC,<br><br>        Plaintiff,<br><br>  vs.<br><br>ALTEN, LLC, MEAD CATTLE COMPANY, LLC, GREEN DISPOSAL MEAD LLC, TANNER SHAW, and SCOTT TINGELHOFF,<br><br>        Defendants. | 8:22CV71<br><br>**ORDER** |
| BAYER US LLC,<br><br>        Plaintiff,<br><br>  vs.<br><br>ALTEN, LLC, MEAD CATTLE COMPANY, LLC, GREEN DISPOSAL MEAD LLC, PLATTE RIVER GREEN FUELS, LLC, and TANNER SHAW, in his individual and official capacities,<br><br>        Defendants. | 8:22CV82<br><br>**ORDER** |

1

This case is before the Court on Defendants' December 20, 2022, Motion for Extension of Time to File a Response Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure filed in each case. Case No. 8:22cv70, Filing 76; Case No. 8:22cv71, Filing 64; Case No. 8:22cv82, Filing 68. Owing to personal conflicts of lead counsel, Defendants request an extension of their deadline from December 28, 2022, to January 20, 2023, to respond to Plaintiffs' Motion for Preliminary Injunction. Defendants represent that Plaintiffs resist such a lengthy extension. The Court finds that an appropriate extension is to January 16, 2023. Accordingly,

Defendants' December 20, 2022, Motion for Extension of Time to File a Response Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure in each case, Case No. 8:22cv70, Filing 70; Case No. 8:22cv71, Filing 64; Case No. 8:22cv82, is granted to the extent that Defendants shall have to and including Monday, January 16, 2023, to file their response to Plaintiffs' Motion for Preliminary Injunction. Plaintiffs shall have to and including Monday, January 23, 2023, to file any reply.

Dated this 20th day of December, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge