# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BAYER US LLC, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALTEN, LLC; MEAD CATTLE ) <br> COMPANY, LLC; GREEN DISPOSAL ) <br> MEAD, LLC; PLATTE RIVER GREEN ) <br> FUELS, LLC; and TANNER SHAW, in his ) <br> Individual and official capacities, ) <br> ) <br>     Defendants. ) | Case No. 8:22-cv-00082 <br><br> **JOINT STATUS REPORT** |
| PIONEER HI-BRED INTERNATIONAL, ) <br> INC.; CORTEVA AGRISCIENCE, LLC; ) <br> AGRELIANT GENETICS, LLC; BECK'S ) <br> SUPERIOR HYBRIDS, INC.; and ) <br> WINFIELD SOLUTIONS, LLC, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALTEN, LLC; MEAD CATTLE ) <br> COMPANY, LLC; GREEN DISPOSAL ) <br> MEAD, LLC; PLATTE RIVER GREEN ) <br> FUELS, LLC; and TANNER SHAW, in his ) <br> Individual and official capacities, ) <br> ) <br>     Defendants. ) | Case No. 8:22-cv-00070 |
| SYNGENTA SEEDS, LLC, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALTEN, LLC; MEAD CATTLE ) <br> COMPANY, LLC; GREEN DISPOSAL ) <br> MEAD, LLC; PLATTE RIVER GREEN ) | Case No. 8:22-cv-00071 |

| | |
|---|---|
| FUELS, LLC; TANNER SHAW and | ) |
| SCOTT TINGELHOFF, | ) |
| | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

COMES NOW Plaintiffs Pioneer Hi-Bred International, Inc.; Corteva Agriscience, LLC; AgReliant Genetics, LLC; Beck's Superior Hybrids, Inc.; Winfield Solutions, LLC; Syngenta Seeds, LLC; and Bayer US LLC ("Plaintiffs"), and Defendants AltEn, LLC; Mead Cattle Company, LLC; Green Disposal Mead, LLC; Platte River Green Fuels, LLC; Earth, Energy, & Environment, LLC; AltEn Operating Co. LLC; E3 Biofuels, LLC; Integrated Recycling, LLC; Falcon Energy, LLC; Mead Acquisition Company, LLC; and Tanner Shaw and Scott Tingelhoff ("Defendants"), and hereby submit a Joint Status Report to the Court as required by the Court's Third Amended Case Progression Order, issued April 24, 2024 ("Third Progression Order") (Filing No.144):

1. At the April 24, 2024 Status Conference, the Plaintiffs and Defendants informed the Court that the Plaintiffs (known as the AltEn Facility Response Group ("FRG")), the Defendants, and the State of Nebraska ("State") had begun engaging in settlement discussions related to a global resolution of this lawsuit and other lawsuits concerning the AltEn Property ("Site"). As the Court is aware, the other lawsuits concerning the Site include Saunders County District Court Case No. CI 22-167 and Saunders County District Court Case No. CI 21-36.

2. Since the entry of the Third Progression Order, the FRG, the Defendants, and the State have continued their efforts to resolve this and the other lawsuits.

3. On May 10, 2024, the FRG, the Defendants, and the State attended their second formal settlement meeting related to the global resolution of this and the other lawsuits.

4. While a settlement agreement has not yet been reached, the FRG, the Defendants, and the State have communicated their alignment with a common settlement framework.

5. Further, at the conclusion of the May 10 meeting, the State, FRG, and Defendants agreed to continue engaging in efforts reach a resolution, scheduling additional formal settlement discussions to occur in June, July, and August 2024.

6. The Parties continue to engage with the State and actively participate in efforts to resolve this and other disputes, and the FRG continues with its efforts under the Voluntary Cleanup Program.

Dated: May 21, 2024

   Respectfully submitted,

By: /s/ *Katherine A. McNamara*
   Stephen M. Bruckner, #17073
   Katherine A. McNamara, #25142
   FRASER STRYKER PC LLO
   550 Energy Plaza
   409 South 17th Street
   Omaha, Nebraska 68102-2663
   (402) 341-6000
   sbruckner@fraserstryker.com
   kmcnamara@fraserstryker.com
   **CO-COUNSEL FOR PLAINTIFF SYNGENTA SEEDS, LLC**

By: /s/ *Elizabeth M. Lally*
   Elizabeth M. Lally, #26428
   SPENCER FANE LLP
   13520 California Street, Suite 290
   Omaha, Nebraska 68154
   (402) 965-8600 (telephone)
   (402) 965-8601 (facsimile)
   elally@spencerfane.com
   **CO-COUNSEL FOR PLAINTIFF BAYER US LLC**

By: /s/ *Todd W. Weidemann*
   Todd W. Weidemann, #20505
   WOODS AITKEN LLP
   10250 Regency Circle, Suite 525
   Omaha, Nebraska 68114
   (402) 898-749 (telephone)
   (402) 898-7401 (facsimile)
   tweidmann@woodsaitken.com

By: /s/ *Joseph A. Wilkins*
   Joseph Wilkins, #21803
   MASON RICKETTS LAW FIRM
   1347 s. 13th St., Ste. 1200
   Lincoln, NE 68508
   (402) 475-8433
   jaw@mattsonricketts.com
   **ATTORNEY FOR DEFENDANTS ALTEN, LLC; MEAD CATTLE COMPANY, LLC; GREEN DISPOSAL MEAD, LLC; PLATTE RIVER GREEN FUELS, LLC; TANNER SHAW and SCOTT TINGELHOFF.**

Abigail R. Frame, Colo. No. 52901
WOODS AITKEN LLP
7900 E. Union Avenue, Suite 700
Denver, Colorado 80237
(303) 606-6700 (telephone)
(303) 606-6701 (facsimile)
aframe@woodsaitken.com
**LOCAL COUNSEL FOR PIONEER HI-BRED INTERNATIONAL, INC.; CORTEVA AGRISCIENCE, LLC; AGRELIANT GENETICS, LLC; BECK'S SUPERIOR HYBRIDGS, INC; AND WINFIELD SOLUTIONS, LLC**

Kirsten L. Nathanson,
DC No. 463992
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington., D.C. 20004
Tel: (202) 624-2887
Fax: (202) 628-5116
Email: knathanson@crowell.com
**ATTORNEY FOR PLAINTIFF PIONEER HI-BRED INTERNATIONAL, INC. AND CORTEVA AGRISCIENCE, LLC**

J Jackson, MN Bar No. 49219
B. Andrew Brown, MN Bar No. 0205357
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Email: jackson.j@dorsey.com
Email: brown.andrew@dorsey.com
**ATTORNEYS     FOR     PLAINTIFF WINFIELD SOLTUIONS, LLC**

4

Anthony C. Sallah (MI Bar No. P84136)
BARNES & THORNBURG, LLP
171 Monroe Ave., NW, Suite 1000
Grand Rapids, Michigan 49503
Telephone: (616) 742-3930
Email: asallah@btlaw.com
**ATTORNEYS FOR PLAINTIFF AGRELIANT GENETICS, LLC**

Amy Berg, Ind. No. 32513-32
Robert A. Jorczak, Ind. No. 32027-29
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone: (317) 236-2100
Fax: (317) 592-4790
Email: amy.berg@icemiller.com
Email: louie.jorczak@icemiller.com
**ATTORNEYS FOR PLAINTIFF BECK'S SUPERIOR HYBRIDS, INC.**