# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PIONEER HI-BRED INTERNATIONAL, INC., et al.,** | **8:22CV70** |
| Plaintiffs, | **ORDER** |
| vs. | |
| **ALTEN, LLC, et al.;** | |
| Defendants. | |
| **SYNGENTA SEEDS, LLC,** | **8:22CV71** |
| Plaintiff, | **ORDER** |
| vs. | |
| **ALTEN, LLC, et al.;** | |
| Defendants. | |
| **BAYER US LLC,** | **8:22CV82** |
| Plaintiff, | **ORDER** |
| vs. | |
| **ALTEN, LLC, et al.;** | |
| Defendants. | |

This matter is before the Court following a status conference held with counsel for the parties on March 26, 2025. The parties have reached a settlement in principle.[1] In accordance with the matters discussed during the conference,

**IT IS ORDERED:**

1. All case progression deadlines remain stayed.

---

[1] The parties are finalizing the settlement agreement. Counsel agree that the timeline for finalization of the settlement agreement is difficult to predict with precision because the parties first need to obtain and record environmental covenants with governmental entities and subordination agreements with landowners. The parties will contact the chambers of the undersigned magistrate judge to request additional time to file a stipulation of dismissal if necessary. Counsel advised the Court that the parties may request judicial oversight of their agreement and the remediation work at the former AltEn. site.

      2.      On or before **July 1, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case.

      3.      Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

      4.      The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 26th day of March, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge