# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PIONEER HI-BRED INTERNATIONAL, INC.; CORTEVA AGRISCIENCE, LLC; AGRELIANT GENETICS, LLC; BECK'S SUPERIOR HYBRIDGS, INC.; and WINFIELD SOLUTIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ALTEN, LLC; MEAD CATTLE COMPANY, LLC; GREEN DISPOSAL MEAD, LLC; PLATTE RIVER GREEN FUELS, LLC; and TANNER SHAW, in his Individual and official capacities, <br><br> Defendants. | Case No. 8:22-cv-00070 |
| SYNGENTA SEEDS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ALTEN, LLC; MEAD CATTLE COMPANY, LLC; GREEN DISPOSAL MEAD, LLC; PLATTE RIVER GREEN FUELS, LLC; TANNER SHAW and SCOTT TINGELHOFF, <br><br> Defendants. | Case No. 8:22-cv-00071 |
| BAYER US LLC, <br><br> Plaintiff, <br><br> v. <br><br> ALTEN, LLC; MEAD CATTLE COMPANY, LLC; GREEN DISPOSAL MEAD, LLC; PLATTE RIVER GREEN | Case No. 8:22-cv-00082 |

FUELS, LLC; and TANNER SHAW, in his )
Individual and official capacities,    )
                                        )
    Defendants.                      )
_____

### STIPULATED MOTION FOR EXTENSION OF TIME TO FILE
### A JOINT STIPULATION FOR DISMISSAL

The Defendants Defendants AltEn, LLC; Mead Cattle Company, LLC; Green Disposal Mead, LLC; Platte River Green Fuels, LLC; Earth, Energy, & Environment, LLC; AltEn Operating Co. LLC; E3 Biofuels, LLC; Integrated Recycling, LLC; Falcon Energy, LLC; Mead Acquisition Company, LLC; and Tanner Shaw and Scott Tingelhoff ("Defendants"), in the above-captioned cases and Plaintiffs Bayer US LLC; Pioneer Hi-Bred International, Inc.; Corteva Agriscience, LLC; AgReliant Genetics, LLC; Beck's Superior Hybrids, Inc.; Winfield Solutions, LLC; and Syngenta Seeds, LLC ("Plaintiffs") in the above-captioned cases, hereby request an order extending the parties' deadline to file a joint stipulation for dismissal. In support of said stipulated motion the parties state the following:

    1.    On April 24, 2025, the parties filed a Joint Notice of Settlement (Filing No. 157, Case No. 8:22-cv-70; Filing No. 150, Case No. 8:22-cv-71; Filing No. 150, Case No. 8:22-cv-82).

    2.    On March 26, 2025, the Court entered an Order staying all progression deadlines and setting a deadline of July 1, 2025 for the parties to electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case. (Filing No. 156, Case No. 8:22-cv-70).

    3.    Pursuant to the parties' settlement agreement, AltEn, LLC has recorded a temporary construction easement to provide FRG unrestricted access to the AltEn Site.

    4.    Pursuant to the parties' settlement agreement, Defendant AltEn has been working diligently to record uniform environmental covenants ("UECs") on the parcels comprising the

AltEn Site containing such restrictions on use as may be requested by the Nebraska Department of Environment and Energy ("NDEE").

5. As requested by the NDEE, Defendant AltEn has contacted the parties who may have a legal or equitable interest in the AltEn Site to determine if they would be willing to execute a subordination agreement to be bound by the UECs. To date, the third parties who have agreed to execute a subordination agreement are Saunders County, Village of Mead, 3801 Harney, LLC, AM JJ Investments, LLC, and Champion Feeders. The parties who have not yet agreed to execute a subordination agreement are Raka, JBGB Investments, and Casilda Land Holdings, LLC.

6. Defendants have been working in cooperation with the Nebraska Attorney General's Office and the NDEE to effectuate the UECs and have been reporting the progress in obtaining the subordination agreements.

7. The parties have been in communication and anticipate that Defendant AltEn will be unable to record the UECs on the parcels comprising the AltEn Site before the July 1, 2025 deadline to file a joint stipulation for dismissal.

8. The parties stipulate and respectfully request this Court to extend the July 1, 2025 deadline to file a joint stipulation for dismissal so that Defendant AltEn may continue efforts to obtain the subordination agreements and then record the UECs as requested by the NDEE.

WHEREFORE, Defendants and Plaintiffs in the above-captioned cases, pray that this Court enter an Order granting the parties until September 2, 2025, to electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case.

Respectfully submitted,

| BAYER US LLC, Plaintiff | SYNGENTA SEEDS, LLC, Plaintiff |
|---|---|
| By: /s/ Joshua C. Dickinson<br>Joshua C. Dickinson, #23700<br>SPENCER FANE LLP | By: /s/ Stephen M. Bruckner<br>Stephen M. Bruckner, #17073<br>Katherine A. McNamara, #25142 |

13520 California Street, Suite 290
Omaha, Nebraska 68154
(402) 965-8600 (telephone)
(402) 965-8601 (facsimile)
jdickinson@spencerfane.com

Jane E. Fedder, *admitted pro hac vice*
SPENCER FANE LLP
1 N. Brentwood Blvd., Suite 1000
St. Louis, Missouri 63105
(314) 333-3924 (telephone)
(314) 862-4656 (facsimile)
jfedder@spencerfane.com

Jessica Merrigan, *admitted pro hac vice*
Paul T. Jacobson, *admitted pro hac vice*
SPENCER FANE LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
(816) 474-8100 (telephone)
(816) 474-3216 (facsimile)
jmerrigan@spencerfane.com
pjacobson@spencerfane.com

**ATTORNEYS FOR PLAINTIFF BAYER US LLC**

By: /s/ Todd W. Weidemann
   Todd W. Weidemann, #20505
   WOODS AITKEN LLP
   10250 Regency Circle, Suite 525
   Omaha, Nebraska 68114
   (402) 898-749 (telephone)
   (402) 898-7401 (facsimile)
   tweidmann@woodsaitken.com

   Abigail R. Frame, Colo. No. 52901
   WOODS AITKEN LLP
   7900 E. Union Avenue, Suite 700
   Denver, Colorado 80237
   (303) 606-6700 (telephone)
   (303) 606-6701 (facsimile)
   aframe@woodsaitken.com

FRASER STRYKER PC LLO
550 Energy Plaza
409 South 17th Street
Omaha, Nebraska 68102-2663
(402) 341-6000
sbruckner@fraserstryker.com
kmcnamara@fraserstryker.com

and

Michael R. Shebelskie
Matthew Z. Leopold
Gregory R. Wall
Jonathan L. Caulder
HUNTON ANDREW KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 788-8200
mshebelskie@HuntonAK.com
mleopold@HuntonAK.com
gwall@HuntonAK.com
jcaulder@HuntonAK.com

**ATTORNEYS FOR PLAINTIFF SYNGENTA SEEDS, LLC**

ALTEN, LLC; MEAD CATTLE COMPANY, LLC; GREEN DISPOSAL MEAD, LLC; PLATTE RIVER GREEN FUELS, LLC; TANNER SHAW AND SCOTT TINGLEHOFF, Defendants

By: /s/ Joseph A. Wilkins
   Stephen D. Mossman, # 19859
   Joseph A. Wilkins, #21803
   Andrew R. Spader, #27099
   MASON RICKETTS LAW FIRM
   134 S. 13th St., Ste. 1200
   Lincoln, NE 68508
   (402) 475-8433
   sdm@mattsonricketts.com
   jaw@mattsonricketts.com
   ars@mattsonricketts.com

4

**LOCAL COUNSEL FOR PIONEER HI-BRED INTERNATIONAL, INC.; CORTEVA AGRISCIENCE, LLC; AGRELIANT GENETICS, LLC; BECK'S SUPERIOR HYBRIDGS, INC; AND WINFIELD SOLUTIONS, LLC**

Thomas F. Koegel, Cal No. 125852
CROWELL & MORING LLP
3 Embarcadero Center
26th Floor
San Francisco, California 94111
(415) 365-7858 (telephone)
(415) 986-2827 (facsimile)
tkoegel@crowell.com

**ATTORNEYS FOR PLAINTIFFS PIONEER HI-BRED INTERNATIONAL, INC., AND CORTEVA AGRISCIENCE, LLC**

Kirsten L. Nathanson,
DC No. 463992
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington., D.C. 20004
Tel: (202) 624-2887
Fax: (202) 628-5116
Email: knathanson@crowell.com

**ATTORNEY FOR PLAINTIFF PIONEER HI-BRED INTERNATIONAL, INC. AND CORTEVA AGRISCIENCE, LLC**

J Jackson, MN Bar No. 49219
B. Andrew Brown, MN Bar No. 0205357
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Email: jackson.j@dorsey.com
Email: brown.andrew@dorsey.com

**ATTORNEYS FOR DEFENDANTS ALTEN, LLC; MEAD CATTLE COMPANY, LLC; GREEN DISPOSAL MEAD, LLC; PLATTE RIVER GREEN FUELS, LLC; TANNER SHAW; AND SCOTT TINGLEHOFF**

**ATTORNEYS FOR PLAINTIFF WINFIELD SOLTUIONS, LLC**

Anthony C. Sallah (MI Bar No. P84136)
BARNES & THORNBURG, LLP
171 Monroe Ave., NW, Suite 1000
Grand Rapids, Michigan 49503
Telephone: (616) 742-3930
Email: asallah@btlaw.com

**ATTORNEYS FOR PLAINTIFF AGRELIANT GENETICS, LLC**

Amy Berg, Ind. No. 32513-32
Robert A. Jorczak, Ind. No. 32027-29
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone: (317) 236-2100
Fax: (317) 592-4790
Email: amy.berg@icemiller.com
Email: louie.jorczak@icemiller.com

**ATTORNEYS FOR PLAINTIFF BECK'S SUPERIOR HYBRIDS, INC.**