IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BAYER US LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALTEN, LLC; MEAD CATTLE ) <br> COMPANY, LLC; GREEN DISPOSAL ) <br> MEAD, LLC; PLATTE RIVER GREEN ) <br> FUELS, LLC; and TANNER SHAW, in his ) <br> Individual and official capacities, ) <br> ) <br> Defendants. ) | Case No. 8:22-cv-00082 |

| | |
|---|---|
| PIONEER HI-BRED INTERNATIONAL, ) <br> INC.; CORTEVA AGRISCIENCE, LLC; ) <br> AGRELIANT GENETICS, LLC; BECK'S ) <br> SUPERIOR HYBRIDS, INC.; and ) <br> WINFIELD SOLUTIONS, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALTEN, LLC; MEAD CATTLE ) <br> COMPANY, LLC; GREEN DISPOSAL ) <br> MEAD, LLC; PLATTE RIVER GREEN ) <br> FUELS, LLC; and TANNER SHAW, in his ) <br> Individual and official capacities, ) <br> ) <br> Defendants. ) | Case No. 8:22-cv-00070 |

| | |
|---|---|
| SYNGENTA SEEDS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALTEN, LLC; MEAD CATTLE ) <br> COMPANY, LLC; GREEN DISPOSAL ) <br> MEAD, LLC; PLATTE RIVER GREEN ) | Case No. 8:22-cv-00071 |

1

| | |
|---|---|
| FUELS, LLC; TANNER SHAW and | ) |
| SCOTT TINGELHOFF, | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION FOR DISMISSAL AND REQUEST TO DISCHARGE INJUNCTION BOND

Plaintiffs Pioneer Hi-Bred International, Inc.; Corteva Agriscience, LLC; AgReliant Genetics, LLC; Beck's Superior Hybrids, Inc.; Winfield Solutions, LLC; Syngenta Seeds, LLC; and Bayer US LLC, and Defendants AltEn, LLC; Mead Cattle Company, LLC; Green Disposal Mead, LLC; Platte River Green Fuels, LLC; Earth, Energy, & Environment, LLC; AltEn Operating Co. LLC; E3 Biofuels, LLC; Integrated Recycling, LLC; Falcon Energy, LLC; Mead Acquisition Company, LLC; and Tanner Shaw and Scott Tingelhoff (collectively, the "Parties"), stipulate and agree to the dismissal with prejudice of all claims in the above-captioned lead case and all member cases, with each party to bear its own attorneys' fees, costs, and expenses. This stipulation is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and in compliance with the Court's October 30, 2025 Text Order granting the Fourth Stipulated Motion for Extension of Time and extending the deadline to November 26, 2025.

The Parties state that the conditions precedent to dismissal under their settlement agreement have been satisfied, including the recording of environmental covenants for the AltEn site on November 21, 2025, and stipulate that this Joint Stipulation for Dismissal fully disposes of all cases in this consolidated matter. The Parties further stipulate and jointly request that the Court dissolve the Preliminary Injunction entered on February 8, 2023; discharge the injunction bond posted pursuant to NECivR 65.1.1 and filed on February 13, 2023 at ECF No. 106 in Case No. 8:22-cv-00070, ECF No. 94 in Case No. 8:22-cv-00071, and ECF No. 98 in Case No. 8:22-cv-00082 (the "Bond"); and direct the Clerk to release the Bond.

Dated: November 26, 2025

Respectfully submitted,

By: */s/ Stephen M. Bruckner*  
    Stephen M. Bruckner, #17073  
    Michael Duffy, # 27529  
    FRASER STRYKER PC LLO  
    550 Energy Plaza

By: */s/ Joseph Wilkins*  
    Joseph Wilkins, #21803  
    MATTSON RICKETTS  
    LAW FIRM, LLP  
    2077 N Street, Suite 320

409 South 17th Street
Omaha, Nebraska 68102-2663
(402) 341-6000
sbruckner@fraserstryker.com
mduffy@fraserstryker.com
**CO-COUNSEL FOR PLAINTIFF SYNGENTA SEEDS, LLC**

By: */s/ Elizabeth M. Lally*
Elizabeth M. Lally, #26428
Lally Legal Group, LLC
12020 Shamrock Plaza, Suite 200
Omaha, NE 68154 (402) 778-4840
elally@lally-legal.com

Jane E. Fedder, MO Bar #38228, *admitted pro hac vice*
Spencer Fane LLP
1 N. Brentwood Blvd., Suite 1200
St. Louis, MO 63105
Telephone: (314) 863-7733
Fax: (314) 862-4656 E-mail: jfedder@spencerfane.com

Jessica Merrigan, MO Bar #54982, *admitted pro hac vice*
Paul T. Jacobson, MO Bar #69152, *admitted pro hac vice*
Spencer Fane LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106
Telephone: (816) 474-8100
Fax: (816) 474-3216
E-mails: jmerrigan@spencerfane.com
pjacobson@spencerfane.com
**COUNSEL FOR PLAINTIFF BAYER US LLC**

By: */s/ Todd W. Weidemann*
Todd W. Weidemann, #20505
WOODS AITKEN LLP
10250 Regency Circle, Suite 525
Omaha, Nebraska 68114
(402) 898-749 (telephone)
(402) 898-7401 (facsimile)

Lincoln, NE 68508
(402) 475-8433
jaw@mattsonricketts.com
**ATTORNEY FOR DEFENDANTS ALTEN, LLC; MEAD CATTLE COMPANY, LLC; GREEN DISPOSAL MEAD, LLC; PLATTE RIVER GREEN FUELS, LLC; TANNER SHAW and SCOTT TINGELHOFF.**

tweidmann@woodsaitken.com

Abigail R. Frame, Colo. No. 52901
WOODS AITKEN LLP
7900 E. Union Avenue, Suite 700
Denver, Colorado 80237
(303) 606-6700 (telephone)
(303) 606-6701 (facsimile)
aframe@woodsaitken.com
**LOCAL COUNSEL FOR
PIONEER HI-BRED
INTERNATIONAL, INC.;
CORTEVA AGRISCIENCE, LLC;
AGRELIANT GENETICS, LLC;
BECK'S SUPERIOR HYBRIDGS,
INC; AND WINFIELD
SOLUTIONS, LLC**

Kirsten L. Nathanson, DC No. 463992
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington., D.C. 20004
Tel: (202) 624-2887
Fax: (202) 628-5116
Email: knathanson@crowell.com
**ATTORNEY FOR PLAINTIFF
PIONEER HI-BRED
INTERNATIONAL, INC. AND
CORTEVA AGRISCIENCE, LLC**

Brian B. Bell, MN Bar No. 0395215
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Email: bell.brian@dorsey.com
**ATTORNEYS FOR PLAINTIFF
WINFIELD SOLTUIONS, LLC**

Anthony C. Sallah (MI Bar No. P84136)
BARNES & THORNBURG, LLP
171 Monroe Ave., NW, Suite 1000
Grand Rapids, Michigan 49503
Telephone: (616) 742-3930
Email: asallah@btlaw.com
**ATTORNEYS FOR PLAINTIFF**

4

**AGRELIANT GENETICS, LLC**

Amy Berg, Ind. No. 32513-32
Robert A. Jorczak, Ind. No. 32027-29
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone: (317) 236-2100
Fax: (317) 592-4790
Email: amy.berg@icemiller.com
Email: louie.jorczak@icemiller.com
**ATTORNEYS FOR PLAINTIFF
BECK'S SUPERIOR HYBRIDS, INC.**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on this 26th day of November 2025, a true and correct copy of the foregoing was served on parties herein via the PACER e-filing system (CM/ECF) of the United States District Court for the of Nebraska.

<u>/s/ Todd W. Weidemann</u>
Todd W. Weidemann,
Neb. No. 20505

5