IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PIONEER HI-BRED INTERNATIONAL, INC., CORTEVA AGRISCIENCE, LLC, AGRELIANT GENETICS, LLC, BECK'S SUPERIOR HYBRIDS, INC., and WINFIELD SOLUTIONS, LLC,<br><br>        Plaintiffs,<br><br>   vs.<br><br>ALTEN, LLC, MEAD CATTLE COMPANY, LLC, GREEN DISPOSAL MEAD LLC, PLATTE RIVER GREEN FUELS, LLC, and TANNER SHAW, in his individual and official capacities,<br><br>        Defendants. | 8:22CV70<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL AND REQUEST TO DISCHARGE INJUNCTION BOND** |
| SYNGENTA SEEDS, LLC,<br><br>        Plaintiff,<br><br>   vs.<br><br>ALTEN, LLC, MEAD CATTLE COMPANY, LLC, GREEN DISPOSAL MEAD LLC, TANNER SHAW, and SCOTT TINGELHOFF,<br><br>       Defendants. | 8:22CV71<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL AND REQUEST TO DISCHARGE INJUNCTION BOND** |
| BAYER US LLC,<br><br>        Plaintiff,<br><br>   vs.<br><br>ALTEN, LLC, MEAD CATTLE COMPANY, LLC, GREEN DISPOSAL MEAD LLC, PLATTE RIVER GREEN FUELS, LLC, and TANNER SHAW, in his individual and official capacities,<br><br>       Defendants. | 8:22CV82<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL AND REQUEST TO DISCHARGE INJUNCTION BOND** |

1

These consolidated cases are before the Court on the Parties' Joint Stipulation for Dismissal and Request to Discharge Injunction Bond pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed in each of the constituent cases. Filing 166.[1] The parties stipulate to dismissal with prejudice of all claims in the lead and member cases. Filing 166 at 2. The parties represent that, in compliance with the Court's October 30, 2025, Text Order granting the Fourth Stipulated Motion for Extension of Time and extending the deadline to November 26, 2025, all conditions precedent to dismissal under their settlement agreement have been satisfied, including the recording of environmental covenants for the AltEn site on November 21, 2025. Filing 166 at 2. The parties stipulate further that the Court should dissolve the Preliminary Injunction entered on February 8, 2023; discharge the injunction bond posted pursuant to NECivR 65.1.1 and filed on February 13, 2023 at ECF No. 106 in Case No. 8:22-cv-00070, ECF No. 94 in Case No. 8:22-cv-00071, and ECF No. 98 in Case No. 8:22-cv-00082 (the Bond); and direct the Clerk to release the Bond. Filing 166 at 2.

The Court having reviewed the docket and the parties' Stipulation finds that the Stipulation should be approved. Accordingly,

IT IS ORDERED as follows:

1. The Joint Stipulation for Dismissal in each case is accepted;

2. All claims in the above-captioned cases are dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses;

3. The Preliminary Injunction entered in each case on February 8, 2023, is dissolved;

---

[1] Unless otherwise indicated, the Court will use only the docket number for filings in Case No. 8:22cv70.

4. The injunction bond posted pursuant to NECivR 65.1.1 and filed on February 13, 2023 at ECF No. 106, ECF No. 94 in Case No. 8:22-cv-00071, and ECF No. 98 in Case No. 8:22-cv-00082 (the Bond) is discharged, and the Clerk is directed to release the Bond; and

5. Judgment shall enter consistent with this Order in the lead case and in all member cases and shall close all cases in this consolidated matter.

Dated this 26th day of November, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge