IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PIONEER HI-BRED INTERNATIONAL, INC., CORTEVA AGRISCIENCE, LLC, AGRELIANT GENETICS, LLC, BECK'S SUPERIOR HYBRIDS, INC., and WINFIELD SOLUTIONS, LLC, | **8:22CV70** |
| Plaintiffs, | **JUDGMENT** |
| vs. | |
| ALTEN, LLC, MEAD CATTLE COMPANY, LLC, GREEN DISPOSAL MEAD LLC, PLATTE RIVER GREEN FUELS, LLC, and TANNER SHAW, in his individual and official capacities, | |
| Defendants. | |
| SYNGENTA SEEDS, LLC, | |
| Plaintiff, | **8:22CV71** |
| vs. | **JUDGMENT** |
| ALTEN, LLC, MEAD CATTLE COMPANY, LLC, GREEN DISPOSAL MEAD LLC, TANNER SHAW, and SCOTT TINGELHOFF, | |
| Defendants. | |
| BAYER US LLC, | |
| Plaintiff, | **8:22CV82** |
| vs. | **JUDGMENT** |
| ALTEN, LLC, MEAD CATTLE COMPANY, LLC, GREEN DISPOSAL MEAD LLC, PLATTE RIVER GREEN FUELS, LLC, and TANNER SHAW, in his individual and official capacities, | |
| Defendants. | |

1

These consolidated cases came before the Court on the Parties' Joint Stipulation for Dismissal and Request to Discharge Injunction Bond in each case. The Court has entered an Order on Joint Stipulation for Dismissal and Request to Discharge Injunction Bond in each case. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered dismissing each of the above-captioned cases with prejudice on the terms set out in the Court's Order on Joint Stipulation for Dismissal and Request to Discharge Injunction Bond in each case, and all cases in this consolidated matter shall be closed.

Dated this 26th day of November, 2025.

BY THE COURT:

Brian C. Buescher
United States District Judge